# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

SHERMAN W. CRABTREE,
      Plaintiff,

                           Case No. 2:13-CV-711
    v.                     JUDGE EDMUND A. SARGUS, JR.
                           Magistrate Judge Terence P. Kemp

COMMISSIONER OF SOCIAL
SECURITY,
      Defendant.

## ORDER

On May 13, 2014, Magistrate Judge Kemp issued a report and recommendation (R&R) in this case. Doc. 16. He recommended that the plaintiff's statement of errors be overruled and that the Court enter judgment in favor of the defendant, Commissioner of Social Security. *Id.* at 12. The R&R advised the parties that the failure to object within fourteen days would result in a waiver of the right to review. *Id.* at 12–13. The time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED**, doc. 16, Mr. Crabtree's statement of errors is **OVERRULED**, and the Clerk is **DIRECTED** to enter judgment in favor of the defendant, Commissioner of Social Security.

**IT IS SO ORDERED.**

6 - 4 - 2014
_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**