AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SHERMAN W. CRABTREE,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**CASE NO. 2:13-CV-711**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed June 4, 2014, JUDGMENT is hereby entered in favor of the Defendant, Commissioner of Social Security. This case is DISMISSED.**

Date:    June 4, 2014               JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk